RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA  [illegible stamp] 4: 05

| | |
|---|---|
| Ronald Lee Hatcher ) <br> **Full name and prison number** ) <br> **Of Plaintiff(s)** ) <br> ) <br> v. ) <br> Gov. Robert Bentley; Comm. Kim ) <br> T. Thomas; Assoc. Comm. DeLoch; ) <br> Former Warden, Billy Mitchem; ) <br> Former Gov. Bob Riley; and Former ) <br> Comm. Richard Allen. In their ) <br> ("Official") Capacity Under the ) <br> ADA/RA and in their ("Individual") ) <br> Capacity, Under 42 USCS 1983, ) <br> deprivation of rights, under ) <br> "Color of State Law". ) <br> ) <br> **Name of person(s) who violated** ) <br> **Your constitutional rights.** ) <br> **(List the names of all** ) <br> **persons.)** ) | DEBRA P. HACKETT, CLK <br> U.S. DISTRICT COURT <br> MIDDLE DISTRICT ALA <br><br> CIVIL ACTION NO. 2:14-CV-348-MEF-WC <br> (To be supplied by Clerk of <br> U.S. District Court) <br><br><br> **DEMAND FOR JURY TRIAL** |

I.  **PREVIOUS LAWSUITS**

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   YES (xx)   NO ( )

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES (xx)   NO ( )

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit:

       **Plaintiff(s)** Ronald Lee Hatcher

       Limestone Corr. FAC.

       **Defendant(s)** William Wynne; et al Chairman BD of

       Pardons and Paroles State of Ala.

   2.  Court ) if federal court, name the district; if state court, name the county) Middle District Court

       of Ala.

3. Docket number 2013-CV-226TH

4. Name of judge to whom case was assigned _____
Wallace Capel, Jr. (Magistrate Judge)

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
Still Pending

6. Approximate date of filing lawsuit 4-9-13

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Limestone Corr. Fac.
28779 Nick Davis RD; Harvest, AL 35749
PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Limestone Corr. FAC.

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |

1. Gov. Robert Bentley; 11 South Union St; Mont. AL 36130
2. Comm. Kim T. Thomas; 301 S. Ripley; St. Mont. AL 36130
3. Former (Warden) Billy Mitchem; 301 S. Ripley St. Mont. 36130
4. Former Gov. Bob Riley; 11 South Union St; Mont. AL 36130
5. Former Comm. Richard Allen; 11 South Union St; Mont. 36130
6. Assoc. Comm. DeLoch; 301 S. Ripley; St. Mont. AL 36130

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 12-21-2012

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Conspiracy to intentionally deprive Hatcher of his Civil Rights.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)**

SEE: FACTS WHICH SUPPORT THIS GROUND (ATTACHED)

_____

_____

_____

_____

**GROUND TWO:** _____

_____

**SUPPORTING FACTS:** _____

_____

_____

_____

_____

**GROUND THREE:** _____

_____

**SUPPORTING FACTS:** _____

_____

_____

_____

_____

**VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.**

SEE: RELIEF (ATTACHED)

*Ronald Lee Hatcher*
**Signature of plaintiff(s)**

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 5-9-14
                (Date)

*Ronald Lee Hatcher*
**Signature of plaintiff(s)**

## ADDITIONAL LAWSUITS

Plaintiff(s) <u>Ronald Lee Hatcher</u>
<u>Limestone Corr. Fac.</u>
Defendant(s) <u>Kim T. Thomas; Comm. Ala. Dept. of Corr.</u>
Court ) if federal court, name the district; if state court, name the county) <u>Middle District of Ala.</u>
Docket number <u>Civil Action No. 2:14-CV-67-WHA</u>
Name of Judge to whom case was assigned <u>Wallace Capel, Jr. (Magistrate)</u>
Disposition: <u>Still pending</u>
Approximate date of filing lawsuit <u>1-28-14</u>

---

## FACTS WHICH SUPPORT THIS GROUND

Hatcher a prisoner with HIV entered the custody of the Alabama Dept. of Corrections, namely Limestone Corr. Fac. during the year of April, 1989. Hatcher states in this action a matter of Conspiracy, intentional discrimination, and segregation against the below mention ("Defendants") on the basis of their excluding Hatcher from participation in and denying Hatcher the benefits of services, programs, activities for which Hatcher is qualified for under Title II of the ADA/RA.

On December 21, 2012, the Middle District Court of Alabama held that the Blanket policy of segregating HIV+ inmates violated the ADA/RA, because the Blanket policy denied prisoners the individualized determination as to whether HIV+ inmates was qualified for integrated housing.

The policy of discrimination/segregation of HIV+ inmates was The Ala. Legislature's passage in 1987 (Act-87-574) of a statute that provides that:

> "If a particular inmate test postive for HIV, that they be segregated in the HIV wards established by the DOC. Inmates were assigned to Limestone Corr. Fac. DOC took the statute designated by the State Board of Health. Ala.Code §22-11A-17(a) 1990. Shortly thereafter, DOC insituted a procedure for implementing this statute.

This policy of discrimination/segregation became ineffective around or about 1996 or 1997, once medical proof introduction of highly active (antiretroviral therapy). HIV became a "Manageable chronic Condition."

These changed circumstances, in turn, impact the "Significant Risk" standard for contagious diseases under the ADA and Rehabilitation Act.

Fact is that proof established that HIV was no longer a death sentence and one with HIV could no longer be a "Significant Risk". It was from this point on that the Defendants should have knew or should have known that their policies of discrimination/segregation was therefore intentional and in violation of the ADA/RA and the 14th Amendment Right as guaranteed by the United States Constitution.

Hatcher brings this lawsuit against the named ("Defendants") Gov. Robert Bently, Comm. Kim T. Thomas, Assoc. Comm. DeLoch, Former Warden of Limestone Billy Mitchem, Former Gov. Bob Riley and Former Comm. Richard Allen. These Defendants are sued pursuant to 42 USCS § 1983, 42 USCS § 1985(3) for Civil Rights violations, and Conspiracy; Intentional Discrimination/segregation and violation of ADA/RA, and the 14th Amendment Right as guaranteed by the Constitution of the United States.

Hatcher is sueing these Defendants in their ("Official") Capacity under the ADA/RA and in their ("Individual") Capacity, under 42 USCS § 1983, deprivation of rights under "Color of State Law." and 42 USCS § 1985(3). Conspiracy.

Pursuant to Fed.R.Civ.P., Rule 18(a); Rule 19(a)(1)(A) and Rule 20(a)(2)(A)(B). Hatcher states that question of law and facts common to all the Defendants will arise in this action under the ADA/RA, 42 USCS § 1983 and 42 USCS § 1985(3). All Defendants in this action has had personal involvement in the violation of Hatcher Rights.

The Defendants conspired and intentional discriminated in violating the ADA/RA by depriving Hatcher of his Constitutional rights "UNDER COLOR OF STATE LAW". The Defendants "reached an understanding" by an established

2.

HIV-segregation policy (Alabama Legislature's passage in 1987) (ACT-87-574). This policy became ineffective around or about 1996 or 1997. From this point on Hatcher has been deprived of his rights by Defendants intentional discrimination and segregating Blanket policies, based on Hatcher's disability of being HIV+ which also has excluded Hatcher from participation in and denied Hatcher the benefits of a public entity's services, programs, activities inwhich Hatcher was qualified for. This exclusion, denial of benefit, and discrimination was by reason of Hatcher's disability in violation of the ADA/RA and 14th Amendment Guaranteed by the United States Constitution.

## STATEMENT OF RELIEF

Hatcher request an order declaring that these conspiratorial acts and policies of discrimination, segregation caused by Defendants after 1996 or 1997 have impinged upon Hatcher's Federal rights and have denied Hatcher the individualized determination to which Hatcher was entitled under the ADA/RA and the United States Constitution 14th Amendment and injured and deprived Hatcher of his rights, privileges, and immunities secured by the Constitution and laws "under the color of state law."

Hatcher request an order that these Defendants don't take any kind of actions against him in the future as far as retaliation due to this lawsuit.

Hatcher seeks compensatory damages for the Defendants conduct of intentional discrimination, segregation of 1 MILLION dollards against each Defendant in their "Official" capacity under the ADA/RA and Damages of $500,000,00 against each Defendant in their "Individual" capacity for violation of Hatcher clearly established rights to which a reasonable person would have known. Under 42 USCS § 1983.

Hatcher seeks punitive damages under 42 USCS § 1983 of 1 MILLION dollards against each Defendant in their "Individual capacity for their conduct of "recklessness and serious indifference" to Hatcher rights, as

3.

well as for "evil intent".

Hatcher seeks Attorney's fees under 42 USCS § 1988 and costs of this action and Demand a Trial by Jury. Order such other and further relief as the interests of justice require.

Respectfully submitted,

Dated: 5-9-14

*Ronald Lee Hatcher*
Ronald Lee Hatcher #153577

4.

RONALD LEE HATCHER #153577
LIMESTONE CORR. FAC.
28779 NICK DAVIS RD
HARVEST, AL 35749

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

"LEGAL MAIL"

BIRMINGHAM AL 350

09 MAY 2014 PM 5 L

RECEIVED
2014 MAY 13 P 4:06
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

36101071111