IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD LEE HATCHER, #153 577, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE ACTION NO. 2:14-CV-348-WHA |
| v. | ) | [WO] |
| | ) | |
| GOV. ROBERT BENTLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION and ORDER

On May 25, 2017, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Doc. 33. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. Plaintiff's request for compensatory damages from Defendants in their official capacities as to his claims arising under the Americans with Disabilities Act and the Rehabilitation Act is DISMISSED without prejudice;

2. Plaintiff's request for compensatory and punitive damages against Defendants in their individual capacities regarding his conspiracy claims under 42 U.S.C. § 1983 and § 1985(3) and his equal protection claim arising under the Fourteenth Amendment is DISMISSED with prejudice as Defendants are entitled to qualified immunity on these claims.

3. Plaintiff's request for declaratory and injunctive relief with respect to alleged violations of the Americans with Disabilities Act and the Rehabilitation Act is DISMISSED without prejudice.

4. Plaintiff's request for declaratory and injunctive relief from Defendants in their official capacities regarding his conspiracy claims under 42 U.S.C. § 1983 and § 1985(3) and his equal protection claim arising under the Fourteenth Amendment is DISMISSED with prejudice as Defendants did not act in violation of the Constitution.

5. Defendants' motion for summary judgment (Doc. 22) is GRANTED.

6. This case is DISMISSED with prejudice.

Final Judgment will be entered in favor of Defendants.

Done, this 20th day of June, 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE